■ MARITZA P., as Mother and Guardian Ad Litem of ISMAEL DANIEL M., an Infant, et al., Respondents, v DEVEREUX FOUNDATION et al., Appellants, et al., Defendant. [50 NYS3d 268]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered on or about December 17, 2015, which, to the extent appealed from, denied defendants-appellants' (defendants) motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants having satisfied their initial burden on summary judgment, the burden shifted to plaintiffs to raise a triable issue of fact (see CPLR 3212 [b]; Alvarez v Prospect Hosp., 68 NY2d 320, 324 [1986]). In satisfaction of their burden, plaintiffs offered competent proof in the form of deposition testimony, medical records and police records, which raised triable issues (see generally N.X. v Cabrini Med. Ctr., 97 NY2d 247 [2002]; Kelly G. v Board of Educ. of City of Yonkers, 99 AD3d 756 [2d Dept 2012]). Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUGDED ALSADI, Appellant. [50 NYS3d 269]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered October 15, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.